UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Human Rights Defense Center

    v.                                              Civil No. 22-cv-91-LM

Board of County Commissioners
for Strafford County, New Hampshire et al.

O R D E R

On May 23, 2022, the parties filed a joint status update regarding scheduling the hearing on Human Rights Defense Center's (HRDC) motion for a preliminary injunction. Doc. no. 20. The evidentiary hearing shall take place on August 18, 2022 at 9:30 am and shall occur in person. HRDC's executive director, Paul Wright, is located in Florida, and is permitted to testify via video. The court will consider other requests for any other witnesses to testify via video who may have distance or other pandemic-related concerns.

The court shall reserve the full day for the hearing.

On or before 5:00 p.m. on August 11, 2022:

- Counsel shall separately file a witness and exhibit list;

- Counsel shall separately file proposed findings of fact and rulings of law; and

- Counsel shall jointly file a timeline of material events in the case (and should include citations to exhibits relevant to events on the timeline.

- To the extent there are legal disputes regarding evidence or exhibits, the court has scheduled a status conference for August 17, 2022 at 10:00 am

by Zoom. Should counsel resolve any such disputes by agreement before the conference, counsel shall notify the court's case manager and the conference will be cancelled.

    SO ORDERED.

                                                                          Landya B. McCafferty
                                                                          United States District Judge

May 27, 2022

cc:    Counsel of Record